IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA, et al | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 19-1022C |
| | ) | Judge Lettow |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Douglas T. Hoffman, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas T. Hoffman
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

s/Douglas T. Hoffman
DOUGLAS T. HOFFMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-0547
Facsimile: (202) 514-8640
Email: Douglas.T.Hoffman@usdoj.gov

Dated: July 16, 2019