# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 19-1022C
(Filed: September 18, 2019)

| | |
|---|---|
| **THE STATE OF OKLAHOMA,** *et al.,* <br><br> **Plaintiffs,** <br> and <br><br> **CANTU SERVICES, INC.,** <br><br> **Plaintiff-Intervenor,** <br><br> and <br><br> **DAVID ALTSTATT, SR.,** <br><br> **Plaintiff-Intervenor,** <br><br> v. <br><br> **UNITED STATES,** <br><br> **Defendant,** <br><br> and <br><br> **MITCHCO INTERNATIONAL, INC.,** <br><br> **Defendant-Intervenor.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Rules of the United States Court of Federal Claims 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal with prejudice of this action. Each party to bear its own fees and costs.

Dated: October 22, 2019

Respectfully Submitted,

| | |
|---|---|
| */s/ Peter A. Nolan* | */s/ John C. Dulske* |
| Peter A. Nolan | John C. Dulske |
| Texas Bar No. 15062600 | Texas Bar No. 00783994 |
| **WINSTEAD PC** | **DYKEMA GOSSETT** |
| 401 Congress Avenue, Suite 2100 | 112 E. Pecan St., Ste. 1800 |
| Austin, TX 78701 | San Antonio, TX 78205 |
| pnolan@winstead.com | JDulske@dykema.com |

***Attorneys for The State of Oklahoma, by and through The Oklahoma Department of Rehabilitation Services***

***Attorneys for Cantu Services, Inc.***

*/s/ Casey T. Delaney*
Casey T. Delaney
Oklahoma Bar No. 20672
**FELLER SNIDER**
100 N. Broadway, Ste. 1700
Oklahoma City, OK
cdelaney@fellerssnider.com

***Attorneys for David Altstatt, Sr.***

*/s/ Douglas T. Hoffman*
Douglas T. Hoffman
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Douglas.t.hoffman@usdoj.gov

***Attorneys for United States***

*/s/ Alan M. Grayson*
Alan M. Grayson
D.C. Bar No. 388633
9477 Westover Club Circle
Windermere, FL. 34786
grayson@graysonlaw.net

***Attorneys for Mitchco International, Inc.***

2